FILED
CLERK, U.S. DISTRICT COURT
2/14/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_JB\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE MANUEL PEREZ,<br>　aka "Julio Rodriguez,"<br><br>　　　　Defendant. | CR 22-00597(A)-RGK<br><br>**FIRST SUPERSEDING INDICTMENT**<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Firearms] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

Between on or about August 12, 2021 and December 25, 2021, in Ventura County, within the Central District of California, and elsewhere, defendant JOSE MANUEL PEREZ, also known as "Julio Rodriguez," knowingly possessed a firearm, namely, a Smith & Wesson, model 39-2, 9mm caliber pistol, bearing serial number A125879, in and affecting interstate and foreign commerce.

//
//

Defendant PEREZ possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Street Terrorism, in violation of California Penal Code Section 186.22(a), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647, on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019;

(2) Assault With a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647 (Count Two), on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019; and

(3) Assault With a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647 (Count Three), on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

Between on or about January 25, 2022 and February 12, 2022, in Ventura County, within the Central District of California, defendant JOSE MANUEL PEREZ, also known as "Julio Rodriguez," knowingly possessed a firearm, namely, a Kimber, model Stainless II, .45 automatic caliber pistol, bearing serial number K599405, in and affecting interstate and foreign commerce.

Defendant PEREZ possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Street Terrorism, in violation of California Penal Code Section 186.22(a), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647, on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019;

(2) Assault With a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647 (Count Two), on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019; and

(3) Assault With a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647 (Count Three), on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019.

COUNT THREE

[18 U.S.C. § 922(g)(1)]

On or about February 12, 2022, in Ventura County, within the Central District of California, defendant JOSE MANUEL PEREZ, also known as "Julio Rodriguez," knowingly possessed a firearm, namely, a Springfield Armory, model XD-9, 9mm Luger caliber pistol, bearing serial number US887870, in and affecting interstate and foreign commerce.

Defendant PEREZ possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Street Terrorism, in violation of California Penal Code Section 186.22(a), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647, on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019;

(2) Assault With a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647 (Count Two), on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019; and

4

    (3) Assault With a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2011032647 (Count Three), on or about July 11, 2012, for which defendant PEREZ was resentenced on or about October 21, 2019.

                                       A TRUE BILL

                                         /S/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and Community
Safety Crimes Section

MATTHEW W. O'BRIEN
Assistant United States Attorney
Environmental and Community Safety
Crimes Section

BRIAN R. FAERSTEIN
Assistant United States Attorney
Public Corruption and Civil Rights
Section

JUAN M. RODRIGUEZ
Assistant United States Attorney
Environmental and Community Safety
Crimes Section