**FILED**

DEC 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JOSE MANUEL PEREZ,<br><br>    Defendant - Appellant. | No. 23-3861<br><br>D.C. No. 2:22-cr-00597-RGK-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) of appellant's appointed counsel Carlos L. Juarez to withdraw as counsel of record and to appoint new counsel is granted.

The Clerk will electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant's new counsel must order the reporter's transcript through submission of a CJA Form 24 to the district court by December 29, 2023. The transcript is due January 29, 2024. The opening brief and excerpts of record are due March 11, 2024; the answering brief is due April 10, 2024; and the optional reply brief is due within 21 days after service of the answering brief.

If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* 6 Guide to Judiciary Policy § 550.40.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on defendant, and the proof of service must include defendant's current address. *See* 9th Cir. R. 4-1(c)(1).

The Clerk will serve this order on former counsel and appellant individually.

Case 2:22-cr-00597-RGK   Document 78   Filed 12/04/23   Page 2 of 2   Page ID #:704